IN THE CIRCUIT COURT TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| CURTIS HOWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No.   20-AR-150 |
| | ) |
| WALMART INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S ANSWERS TO INTERROGATORIES**

COMES NOW Plaintiff, Curtis Howard, by and through his attorneys, Hipskind & McAninch, LLC, and for his Answers to Interrogatories, states as follows:

1. What is your:

   a) full name;
   b) all other names by which you have been known;
   c) address;
   d) date of birth;
   e) place of birth;
   f) occupation;
   g) social security number; and
   h) driver's license number

   **ANSWER:**

   a) **Curtis Howard;**
   b) **None;**
   c) **622 N. 86th St. East St. Louis, IL 62203;**
   d)
   e) **East St. Louis, IL;**
   f) **Not currently employed;**
   g)
   h)

EXHIBIT B

2.   If married, what is the full name, date of birth, and place of employment of your spouse? When and where were you married?  As to any prior marriage, to whom were you married; when were you married; how did the marriage end; and what is the present name and address of any former spouse?

   **ANSWER:**

   **Not married.**

3.   As to any employment you had during the ten years preceding the incident alleged in your complaint:

   a)   what is the name and address of each employer;
   b)   the date(s) of each employment;
   c)   the nature of each employment; and
   d)   the name of your supervisor(s) at each employment?

   **ANSWER:**

   **To the best of Plaintiff's recollection:**

   **Burger King; Fairview Heights, IL; Associate; 2016;**
   **Jack In The Box; Fairview Heights, IL; Associate; 2016;**
   **Amazon; Edwardsville, IL; Warehouse Worker; 2018;**
   **Consumer Direct LLC; 4130 Seven Hills Dr, Florissant, MO 63033; Home Health Worker; 2019;**
   **Tan Moolah Clothing Store; Associate; East St. Louis, IL; 2019;**
   **C. Howard Investments; Investor; 2019.**

4.   As the result of any personal injuries you claimed resulted from the incident, were you unable to work?  If so, state:

   a)   the name and address of the employer, if any, at the time of the occurrence, your wage and/or salary, and the name of your supervisor and/or floor person;
   b)   the date or inclusive dates on which you were unable to work;
   c)   the amount of wage and/or income loss claimed by you; and
   d)   the name and address of your present employer and your wage and/or salary.

   **ANSWER:**

   **Yes,**
   **a)   Consumer Direct; 4130 Seven Hills Dr, Florissant, MO 63033**
   **b)   Date of accident to present;**

    c)    **Plaintiff earned $15.50 per hour at time of occurrence;**
    d)    **Plaintiff is not currently employed.**

5.    What is the name, last known home address and present whereabouts, telephone number, employer, work address and telephone number, title and position of each person whom you or anyone acting in your behalf knows or believes:

    a)    to have been a witness to the alleged accident;
    b)    to have firsthand knowledge of the facts and circumstances of the alleged accident or of the events leading up to it or following it;
    c)    to have been within sight or hearing of the alleged incident;
    d)    to have any knowledge of conditions at the scene of the alleged incident existing prior to and/or after the accident.

**ANSWER:**

**Plaintiff believes there was a female witness to the occurrence but does not know her name or have her contact information.**

6.    Have you, or has anyone acting on your behalf, obtained from any person any oral or written statement, account, report, memorandum, or testimony concerning the incident involved in this action? If so, please state:

    a)    What is the name and last known address of each person who gave the statement, account, report, memorandum or testimony;
    b)    When and where each statement account, report, memorandum or testimony was made;
    c)    Was it written or oral;
    d)    Was it signed or witnessed? If so, by whom was it signed or witnessed?
    e)    What is the name and, address of the person who took the statement, account, report, memorandum or testimony?
    f)    Who else was present at the time when any statement, account, report, memorandum or testimony was given?

**ANSWER:**

**No.**

7.    Have you made any statement in any form to any person or company other than to your attorneys or your liability insurer regarding any of the events or happenings referred to in your complaint, and, if so, what is:

    a)    the name and address of each person or company to whom such statements were made;

      b)      the date each such statement was made;
      c)      whether each statement was oral or written;
      d)      the names and addresses of each person known to you or to your agents or attorneys to have present custody of such statements;

**ANSWER:**

**No.**

8. Describe all injuries which you allege you suffered as a result of the incident alleged in the complaint.

**ANSWER:**

**Plaintiff sustained injuries to his back and shoulder.**

9. Please state:

      a)      the names and addresses of all doctors, chiropractors, or other health care professionals who treated or examined you for your injuries as a result of the incident alleged in your complaint;
      b)      the dates on which you were treated or examined;
      c)      the nature of the treatment or examination;
      d)      the total bills rendered by each for their treatment;
      e)      if you are still receiving treatment, what doctors, chiropractors or other health care professionals are still treating you and the nature of that treatment.

**ANSWER:**

| Dates of Treatment | Provider | Address | Billed Amount |
|---|---|---|---|
| 12/23/2019 | St. Elizabeth's Hospital | One St. Elizabeth's Blvd. O'Fallon, IL 62269 | $1,889.61 |
| 12/31/2019-6/24/2020 | Esquire | 11 Executive Woods Court Swansea, IL 62226 | $3,102.00 |
| 1/17/2020 | MRI Partners of Chesterfield | 14825 N. Outer Forty Rd. Suite 110 Chesterfield, MO 63017 | $8,100.00 |

| | | | |
|---|---|---|---|
| 2/12/2020 | **Midwest Bone and Joint Surgery** | **30 Apex Drive Highland, IL 62249** | **$13,336.49** |
| 2/12/2020 | eqMD | **PO Box 7929 Gurnee, IL 60031** | **$4,381.64** |
| | | **Total Medical** | **$30,809.74** |

10. Were you confined to any hospital or treatment facility as a result of the injuries you claim were a result of the occurrence alleged in the complaint? What is:

    a)     the name and address of each hospital or facility;
    b)     the dates of your confinement to each hospital or facility;
    c)     the amount of money charged to you by each hospital or facility.

**ANSWER:**

**See preceding Interrogatory.**

11. Are you claiming any psychiatric, psychological and/or emotional injuries as a result of the occurrence alleged in your complaint? If so, state:

    a)     the name of any psychiatric, psychological and/or emotion injury claimed and the name and address of each psychiatric, physician, psychologist, therapist or other health care professional rendering you treatment for each claimed injury;
    b)     whether you suffered any psychiatric, psychological and/or emotional injury or condition before the date of the occurrence alleged in your complaint; and
    c)     if (b) is in the affirmative, then state when and the nature of any psychiatric, psychological and/or emotional injury, and the name and address of each psychiatrist, physician, psychologist, therapist or other health care professional rendering you treatment of injury or condition.

**ANSWER:**

**No.**

12. Have you ever filed any other claim, lawsuit, or worker's compensation claims, for your own personal injuries? If so, in what court or forum was it filed, or, in the case of a claim that did not get filed, to which adjuster, insurer, or company was it submitted? What was the title and docket number? What parts of your body did you allege were injured? Did you claim, by pleading, filing, demand letter, or otherwise, that any of your injuries were permanent, prolonged, serious and/or permanently or chronically limited or restricted your activities?

>**ANSWER:**
>
>**In 2015. Plaintiff was in a car accident in St. Louis, MO and a claim was made. Plaintiff is uncertain whether a lawsuit was filed. Plaintiff reserves the right to supplement.**

13. Were any photographs or drawings taken or made of any matter or condition pertaining to the alleged incident or your claimed damages? If so, please state:

>a) what is the number of photographs or drawings taken or made;
>b) by whom were the photographs or drawings taken or made;
>c) what matter or condition does each purport to show;
>d) when were the photographs or drawings taken; and
>e) who has possession of each of the photographs or drawings at the present time?
>
>**ANSWER:**
>
>**No.**

14. In accordance with 735 ILCS 5/2-604, what is the amount of damages which plaintiff is seeking in this lawsuit? Of the total amount of damages, what amount are you seeking for wage loss, past and future, or other economic loss? What amount are you seeking for non-economic loss?

>**ANSWER:**
>
>**Economic damages:       See Interrogatory No. 9.**
>**Non-economic damages:   To be determined by Judge or Jury.**

15. What is the total amount of plaintiff's alleged medical costs incurred to date? For each medical bill, what is the date of service, name of the provider of the service, nature of the service, and total amount of the bill?

>**ANSWER:**
>
>**See Interrogatory No. 9.**

Page 6 of 11
Case No. 20-AR-150

16. Have you, as a result of the incident alleged in the complaint, any claims for expenses not mentioned elsewhere in answer to these interrogatories? If so, what is the amount of each expense, the name and address of the person making the charge for each such expense, and the purpose for each expense?

**ANSWER:**

**No.**

17. Have you received or agreed to accept from any person or company any amount of money in settlement of any claims you may have as a result of the incident alleged in your complaint? If so, what is the name and address of each person or company, the date of each settlement, and the amount of each settlement?

**ANSWER:**

**No.**

18. Other than the names and addresses listed elsewhere in your answers to these interrogatories, what is the name and address of each person who has knowledge of the facts of the incident in question or of your claimed injuries or damages?

**ANSWER:**

**None other than those disclosed herein.**

19. Have you ever been convicted of a felony or misdemeanor? If so, please state:

    a)     the nature of the crime;
    b)     the date of conviction;
    c)     the county and state of the court in which the conviction occurred;
    d)     sentence imposed.

**ANSWER:**

**Yes,**

    **a)**     **Child Support Arrears;**
    **b)**     **4/2/2015;**
    **c)**     **St. Louis, MO;**
    **d)**     **Probation.**

    **a)**     **Escape/Unlawful Use of a Weapon;**
    **b)**     **2/27/2014;**
    **c)**     **St. Louis, MO;**

| | |
|---|---|
| d) | **4 years Department of Corrections.** |
| | |
| a) | **Escape/Unlawful Possession of a Firearm;** |
| b) | **2/27/2014;** |
| c) | **St. Louis, MO.;** |
| d) | **5 years probation.** |
| | |
| a) | **Delivery of Controlled Substance;** |
| b) | **2/20/2014;** |
| c) | **St. Louis, MO;** |
| d) | **5 years probation.** |
| | |
| a) | **Aggravated Unlawful Use of a Weapon;** |
| b) | **1/28/2013;** |
| c) | **St. Clair County, Illinois;** |
| d) | **Will supplement.** |
| | |
| a) | **Resisting Arrest/Burglary/Possession of Burglary Tools;** |
| b) | **8/6/2007;** |
| c) | **St. Louis, MO.;** |
| d) | **7 years Department of Corrections.** |
| | |
| a) | **Burglary/Possession of Burglary Tools/Resisting Arrest** |
| b) | **10/11/2006;** |
| c) | **St. Louis, MO;** |
| d) | **7 years Department of Corrections.** |
| | |
| a) | **Robbery;** |
| b) | **12/13/99;** |
| c) | **St. Louis, MO;** |
| d) | **7 years Department of Corrections.** |

20. Before the date of the accident alleged in your complaint, did you have any illness or injury to the parts of your body you claim were injured as a result of the accident alleged in your complaint? If so, what is the nature of each such illness or injury, the part of the body affected, the date the illness began or injury occurred, and the treatment received for each such illness or injury.

**ANSWER:**

No.

21. Either before or after the date of the accident alleged in your complaint, did you have or allege to have had any illness, injury, or condition that limited or restricted your activities chronically, permanently, or for a prolonged period of time? If so, what is the nature of the illness,

injury, or condition, the doctor, chiropractor, or other health care professional that diagnosed and/or treated the illness, injury, or condition, and the limitations or restrictions placed upon you, and the duration of that limitation?

**ANSWER:**

**No.**

22. Has plaintiff ever been restricted or banned from any Wal-Mart or Sam's Club property including, but not limited to, banned or received a Notification of Restriction from Property due to theft from said store? If so, what is the name of the store where the incident occurred, the date of incident, and the nature of the restriction or ban? Were any criminal charges filed as a result of the incident? If so, where were the charges filed, what was the caption and case number, what were the charges, and what was the final disposition of the criminal charge?

**ANSWER:**

**No.**

23. Have you ever filed for bankruptcy, and if so, what is:
    (a) The date(s) you filed for bankruptcy;
    (b) The court(s) in which you filed for bankruptcy; and
    (c) The outcome or resolution of your petition(s) for bankruptcy.

**ANSWER:**

**No.**

24. Are you or have you ever been a Medicare or Medicaid recipient? If your answer is in the negative, do you anticipate becoming a Medicare or Medicaid recipient in the next 24 months? If your answer is in the affirmative, please state the following:
    (a) Legal last name;
    (b) Legal first name;
    (c) Legal middle initial;
    (d) Gender;
    (e) Medicare health insurance claim number or Social Security number;
    (f) Recipient's date of birth; and
    (g) Date of occurrence described in your petition.

**ANSWER:**

**Plaintiff has Medicaid.**
**a)   Howard;**
**b)   Curtis;**
**c)   None;**

   **d)**  **Male;**
   **e)**  **Member No.**
   **f)**
   **g)**  **12/23/2019.**

25. If the answer to the foregoing interrogatory is for a minor or disabled adult, or for any other reason has a guardian, custodian, conservator or other person who makes his/her medical decisions, please provide the name of the guardian, custodian, conservator or other person who makes the medical decisions for the minor, disabled adult, or other Medicare recipient.

 *Please be advised that, pursuant to federal law, this question must be answered in its entirety or the insurer will not be able to issue payments out on this claim. If, while this claim is pending, plaintiff, petitioner, plaintiff's decedent, or the minor or disabled adult for which a claim of injury is advanced in this lawsuit becomes a Medicare recipient, please update this interrogatory immediately.*

 **ANSWER:**

 **Not applicable.**

26. Have you ever applied for or received disability benefits? If so, please state:

  (a) date of the application;
  (b) disabilities listed on the application;
  (c) whether the application was granted;
  (d) dates that benefits were received; and
  (e) amount received per month.

 **ANSWER:**

 **No.**

27. Pursuant to Illinois Supreme Court Rule 213(f), provide the name and address of each witness who will testify at trial and as to each please categorize them in the following categories:

  a) Lay witnesses. As to each lay witness identify the subjects on which the witness will testify including your knowledge of the facts known by and opinions held by the witness.

  b) Independent expert witnesses. As to each independent expert witness identify the subjects on which the witness will testify and the opinions you expect to elicit.

  c) Controlled expert witnesses. As to each controlled expert witness identify:

   i. The subject matter under which the witness will testify;

      ii.       The conclusions and opinions of the witness and the bases therefore;
      iii.     The qualifications of the witness; and
      iv.     Any reports prepared by the witness about the case.

**ANSWER:**

**Plaintiff will supplement in accordance with a case management order once one is entered.**

                                 Respectfully submitted,

                                 **HIPSKIND & McANINCH, LLC**

                       By:    /s/ John Hipskind
                                John T. Hipskind, #6296743
                                Brady M. McAninch, #6306542
                                5111 West Main Street
                                Belleville, IL  62226
                                P: 618-641-9189
                                F: 618-551-2642

### CERTIFICATE OF SERVICE

     The undersigned certifies that a copy of the foregoing instrument was served upon the attorney of record by email to vancourt@defrancolaw.com on the 16th day of September 2020.

Mrs. Rebecca Van Court
DeFranco & Bradley, P.C.
141 Market Place, Suite 104
Fairview Heights, IL 62208

                                          /s/ John Hipskind
                                          John Hipskind