Electronically Filed
Kahalah A. Clay
Circuit Clerk
Elysia Agne
20AR0150
St. Clair County
5/1/2020 3:12 PM
9181783

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| CURTIS HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 20AR0150 |
| ) | |
| Vs ) | |
| ) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## **COMPLAINT**

NOW COMES Plaintiff, Curtis Howard, by and through his attorneys, Hipskind & McAninch, LLC, and for his Complaint against Defendant, Wal-Mart Stores, Inc., states as follows:

1. On or before December 23, 2019, Defendant, Wal-Mart Stores, Inc. (hereafter "Wal-Mart"), owned, operated, managed, maintained, and controlled an establishment known as Wal-Mart Supercenter located at 1530 US-50, in O'Fallon, Illinois.

2. On December 23, 2019, Plaintiff, Curtis Howard, was on the premises as a customer and patron of Wal-Mart, when he slipped on water that was on the floor, causing him to fall backwards to the floor.

3. At the time and place alleged above, Wal-Mart had a duty to use reasonable care in the ownership, operation, management, maintenance, and control of the subject premise.

4. On December 23, 2019, Wal-Mart in violation of such duty, committed one or more of the following negligent acts:

    a.   Failed to inspect the premises to ascertain the presence of a foreign substance on the floor;

    b.   Caused or allowed a foreign substance to be present on the floor presenting an unreasonably dangerous condition, when it knew or should have known of the presence of such foreign substance;

    c.   Failed to timely and properly maintain the subject area so as to provide a safe walking surface for its customers;

    d.   Failed to provide any type of warning for its customers concerning the unsafe condition of the subject area, when it knew, or in the exercise of ordinary care should have known, that a warning was necessary for the safety of its customers, including Plaintiff; and/or

    e.   Was otherwise careless and/or negligent in the ownership, operation, maintenance, and management of the subject establishment.

5.    As a proximate result of one or more of the foregoing negligent acts or omissions of Wal-Mart, Plaintiff was caused to fall and suffer significant injuries and resulting damaged.

WHEREFORE Plaintiff, Curtis Howard, requests that the Court enter judgement in his favor against Defendant, Wal-Mart, Inc., in an amount not to exceed $50,000.00 and for any other relief that is just under the circumstances.

Respectfully Submitted,

**HIPSKIND & MCANINCH, LLC**

By:    /s/ John Hipskind_____
John T. Hipskind, #6296743
Brady M. McAninch, #6306542
5111 West Main Street
Belleville, Illinois 62220
Phone:  618-641-9189
Fax:  618-551-2642
*Attorneys for Plaintiff*